UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-22756-Civ-COOKE/BANDSTRA

MIRTHA GARCIA,

    Plaintiff

vs.

ENCORE RECEIVABLE MANAGEMENT, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Pl.'s Notice of Vol. Dismissal, ECF No. 6). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, this 21ST day of September 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*